# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

**IN UNITED STATES:** ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

**IN THE CASE OF:** USA vs. GARNEATA et al

**FOR:** _____ **AT:** _____

**LOCATION NUMBER:** _____

**PERSON REPRESENTED** (Show your full name): VASILE FOFIU

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate: 08 CR 398-6
District Court:
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →) ☒ Felony  ☐ Misdemeanor
18 U.S.C. Section 371

**FILED MAY 22 2008 MARTIN C. ASHMAN UNITED STATES MAGISTRATE JUDGE UNITED STATES DISTRICT COURT**

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☐ No  ☒ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ 3500
IF NO, give month and year of last employment _____ How much did you earn per month? $ _____
If married is your Spouse employed? ☒ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ 2000
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: _____  SOURCES: _____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: _____  DESCRIPTION: HOUSE

### OBLIGATIONS / DEBTS

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| MORTGAGE + EQUITY LOAN | | $ | $ 2100.00 |
| UTILITIES | | $ | $ 500.00 |
| FOOD | | $ | $ 400 |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 5-22-2008

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)**