UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 08 CR 398 |
| | ) | |
| BENY GARNEATA, et al. | ) | Hon. Martin C. Ashman |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS ATTORNEY

Now comes Defendant **VASILE FOFIU**, by and through his attorney **PATRICK E. BOYLE**, and requests leave for Attorney Boyle to withdraw as counsel for him. In support, Defendant states as follows:

1. Patrick E. Boyle was appointed and filed his appearance on behalf of Defendant Vasile Fofiu on May 22, 2008 at Mr. Fofiu's initial appearance and has been diligently and faithfully representing him from that date.

2. Mr. Fofiu has informed Mr. Boyle that he no longer wants Mr. Boyle to represent him on this case.

3. Mr. Fofiu has retained the services of attorney Thomas M. Breen who filed his appearance, along with his associates, to represent Mr. Fofiu on June 9, 2008.

WHEREFORE, Defendant VASILE FOFIU respectfully requests that this Court grant leave to Patrick E. Boyle to withdraw as his attorney.

                                            Respectfully submitted,

                              By:   s/ Patrick E. Boyle

Law Offices of Patrick E. Boyle        Patrick E. Boyle
**PATRICK E. BOYLE**
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888

**CERTIFICATE OF SERVICE**

  The undersigned Attorney certifies that the following Motion to Withdraw as Attorney was served on **Wednesday, June 11, 2008**, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                By: s/ Patrick E. Boyle
                    PATRICK E. BOYLE

Law Offices of Patrick E. Boyle
**PATRICK E. BOYLE**
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888