## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | 08 CR 398 |
| | ) | |
| **BENY GARNEATA, et al.** | ) | Hon. Martin C. Ashman |
| **Defendants.** | ) | |

---

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

---

TO:  Juliet S. Sorensen
     Assistant United States Attorney
     219 South Dearborn Street, 5th Floor
     Chicago, IL 60604

   **PLEASE TAKE NOTICE** that on **Wednesday, June 11, 2008,** we have electronically filed the following document:

### MOTION TO WITHDRAW AS ATTORNEY

                    Respectfully submitted,

                    VASILE FOFIU

              By:   s/ Patrick E. Boyle
                    Patrick E. Boyle

Law Offices of Patrick E. Boyle
**PATRICK E. BOYLE**
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888

**CERTIFICATE OF SERVICE**

     The undersigned Attorney certifies that the following Notice of Filing was served on **Wednesday, June 11, 2008**, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                        By:    s/ Patrick E. Boyle
                                    PATRICK E. BOYLE

Law Offices of Patrick E. Boyle
**PATRICK E. BOYLE**
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888