IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 08 CR 398-6 |
| v. | ) | |
| | ) | Honorable Martin Ashman, |
| VASILE FOFIU, | ) | *Judge Presiding* |
| *Defendant.* | ) | |

## NOTICE OF MOTION

**TO:   Ms. Juliet Sorensen**
**Assistant United States Attorney**
**219 South Dearborn Street, 5th Floor**
**Chicago, Illinois 60604**

**PLEASE TAKE NOTICE** that on the 1st day of July, 2008, at 10:30 a.m., this cause is set to be heard on the Unopposed Motion for Permission to Travel before the Honorable Martin Ashman, United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604

The undersigned, an attorney, certifies that she caused a copy of the pleading, along with this Notice, to be served upon the person named above in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electric Case Filing (ECF) pursuant to the district court's system as to ECF filers on June 27, 2008.


                                              s/ Susan M. Pavlow
                                              Susan M. Pavlow


Susan M. Pavlow
Attorney for defendant
53 West Jackson Boulevard, Suite 1460
Chicago, Illinois 60604
(312) 322-0094