# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 398 - 6 | **DATE** | 6/27/2008 |
| **CASE TITLE** | USA vs. Vasile Fofiu | | |

**DOCKET ENTRY TEXT**

Defendant's unopposed motion for permission to travel [82] is granted. Defendant Fofiu is granted permission to travel to Bristol, Wisconsin on 7/4/2008. Mr. Fofiu is to check with his pretrial officer prior to leaving and upon return, and to comply with any other conditions the pretrial officer deems necessary.

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|

Case 1:08-cr-00398   Document 84   Filed 06/27/2008   Page 1 of 1

08CR398 - 6 USA vs. Vasile Fofiu                                                                 Page 1 of 1