FELONY

**08 CR 398**    **FILED**

JUDGE KENNELLY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 1 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**MAGISTRATE JUDGE ASHMAN**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐   YES X   If the answer is "Yes", list the case number and title of the earliest filed complaint: 08 CR 398,
   US v. Beny Garneata, et al., ASHMAN

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO X   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   FELONY X   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO X   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☐   YES X

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)               ☐ Income Tax Fraud ........... (II)          ☐ DAPCA Controlled Substances .... (III)
   ☐ Criminal Antitrust (II)                    ☐ Postal Fraud ............. (II)            ☐ Miscellaneous General Offenses .... (IV)
   ☐ Bank robbery ............ (II)             X Other Fraud ............. (III)            ☐ Immigration Laws ............. (IV)
   ☐ Post Office Robbery ...... (II)            ☐ Auto Theft ............. (IV)              ☐ Liquor, Internal Revenue Laws ..... (IV)
   ☐ Other Robbery .......... (II)              ☐ Transporting Forged Securities .. (III)    ☐ Food & Drug Laws ............ (IV)
   ☐ Assault ............... (III)              ☐ Forgery ............. (III)                ☐ Motor Carrier Act .............. (IV)
   ☐ Burglary .............. (IV)               ☐ Counterfeiting ............. (III)         ☐ Selective Service Act .......... (IV)
   ☐ Larceny and Theft ....... (IV)             ☐ Sex Offenses ............. (II)            ☐ Obscene Mail ............. (III)
   ☐ Postal Embezzlement ...... (IV)            ☐ DAPCA Marijuana ........... (III)          ☐ Other Federal Statutes ........... (III)
   ☐ Other Embezzlement ..... (III)             ☐ DAPCA Narcotics ........... (III)          ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.
    18 U.S.C., § 371
    18, U.S.C. § 666(a)(1)(B)
    18, U.S.C. § 666(a)(2)

_____
JULIET S. SORENSEN
Assistant United States Attorney

(Revised 12/99)